IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: NIKKI LEE SHELTON**                      **CHAPTER 13**

**DEBTORS**                            **CASE NO. 19-10537-JDW**

## MOTION TO CONVERT TO CHAPTER 7 FROM CHAPTER 13

COMES NOW, Debtor, by and through counsel, and files this Motion to convert her Chapter 13 bankruptcy case to a bankruptcy case under Chapter 7, and in support thereof would show unto the Court as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on February 6, 2019.

2. This case in not an involuntary case, and this case has not been converted to a case under Chapter 7 from another chapter.

3. Debtor, Nikki Shelton, has decided to surrender the property collateralizing her secured debts due to budget constraints. Debtor is qualified to file for relief under Chapter 7 of the Bankruptcy Code.

**WHEREFORE, IN CONSIDERATION OF THE ABOVE**, Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

                                            Respectfully Submitted:

                                            /s/ Robert Lomenick
                                            KAREN B. SCHNELLER
                                            ROBERT H LOMENICK
                                            Schneller & Lomenick, P.A.
                                            Attorneys at Law
                                            Post Office Box 417
                                            Holly Springs, MS  38635
                                            662-252-3224

## **CERTIFICATE OF SERVICE**

I, Robert H Lomenick, attorney for Debtor, do hereby certify that I have this day delivered, by electronic transmission or by mailing, a true and correct copy of the above and foregoing Motion to Convert From Chapter 13 to Chapter 7 to Locke D. Barkley, Chapter 13 Trustee, United States Trustee, and all creditors listed on the attached master mailing list (Matrix).

DATED: March 18, 2019

                                                                                                                   s/Robert Lomenick
                                                                                                                 ATTORNEY FOR DEBTOR(S)